1  Raymond P. Boucher, State Bar No. 115364
     *ray@boucher.la*
2  Shehnaz M. Bhujwala, State Bar No. 223484
     *bhujwala@boucher.la*
3  BOUCHER LLP
   21600 Oxnard Street, Suite 600
4  Woodland Hills, California 91367-4903
   Tel:   (818) 340-5400
5  Fax:   (818) 340-5401

6  *Counsel for Plaintiff
   and the Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEVERSINK PRODUCTIONS CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>WALT DISNEY PICTURES, a California corporation, and DOES 1-100,<br><br>            Defendants. | Case No. 2:19-cv-00266-FMO-SK<br><br>**CLASS ACTION**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF**<br><br>*Assigned to Judge Fernando M. Olguin and Magistrate Judge Steve Kim*<br><br>Complaint Filed: December 6, 2018<br>Removal Date: January 11, 2019<br>Trial Date: Not Set |

TO THE HONORABLE COURT, DEFENDANT AND ITS COUNSEL OF RECORD IN THE ABOVE-CAPTIONED ACTION:

PLEASE TAKEN NOTICE THAT Plaintiff Neversink Productions Corporation, by and through its undersigned co-counsel of record in the above-captioned action, the law firms Johnson & Johnson LLP, Kiesel Law LLP, and Pearson, Simon & Warshaw LLP, hereby associates the law firm Boucher LLP as additional co-counsel of record for Plaintiff and the putative class in this action. The names and contact information of the associated co-counsel are, as follows:

> Raymond P. Boucher, Esq.
> Shehnaz M. Bhujwala, Esq.
> BOUCHER, LLP
> 21600 Oxnard Street, Suite 600
> Woodland Hills, CA 91367
> Telephone: (818) 340-5400
> Facsimile: (818) 340-5401
> Emails: *ray@boucher.la; bhujwala@boucher.la*

Co-Counsel for Plaintiff and the putative class respectfully request that Boucher LLP be added to the service list for the above-captioned action.

DATED:  January 16, 2019        BOUCHER LLP


By: ___/s/ Shehnaz M. Bhujwala___
SHEHNAZ M. BHUJWALA
*Attorneys for Plaintiff*


DATED:  January 16, 2019        JOHNSON & JOHNSON LLP


By: ___/s/ Neville L. Johnson___
NEVILLE L. JOHNSON
*Attorneys for Plaintiff*

DATED:  January 16, 2019          PEARSON, SIMON & WARSHAW LLP

                                                   By:  /s/ Daniel L. Warshaw
                                                         DANIEL L. WARSHAW
                                                         *Attorneys for Plaintiff*

DATED:  January 16, 2019          KIESEL LAW LLP

                                                   By:  /s/ Jeffrey A. Koncius
                                                         PAUL R. KIESEL
                                                         JEFFREY A. KONCIUS
                                                         ASHLEY CONLOGUE
                                                         *Attorneys for Plaintiff*

## ATTESTATION

I, Shehnaz M. Bhujwala, am the registered CM/ECF user whose ID and password are being used to file this document. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

DATED: January 16, 2019       BOUCHER LLP

By:   /s/ Shehnaz M. Bhujwala
SHEHNAZ M. BHUJWALA
*Attorneys for Plaintiff*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 21600 Oxnard Street, Suite 600, Woodland Hills, CA 91367-4903.

On January 16, 2019, I served true copies of the following document(s) described as **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2019, at Woodland Hills, California.

*Natalie Nelson*
Natalie Nelson