JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEVERSINK PRODUCTIONS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALT DISNEY PICTURES, a California corporation, and DOES 1-100,<br><br>　　　　Defendants. | Case No. 2:19-cv-00266-AB-JC<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL OF CLAIMS |

Pursuant to the Parties' Stipulation, the Court enters the following Orders:

1.　Plaintiff Neversink Productions Corporation's individual and putative class claims asserted against Defendant Walt Disney Pictures in the Complaint (Doc. 1-1) are hereby dismissed without prejudice, with each side to bear their own costs and fees;

//
//
//
//
//

Case No. 2:19-cv-00266-AB-JC

2. Notice of the voluntary dismissal to putative class members is not required.

IT IS SO ORDERED.

DATED: June 12, 2019

_____
HON. ANDRÉ BIROTTE, JR.